THE PEOPLE ex rel. JOHN E. GILL, Appellant, *v.* THOMAS P. WALSH, Warden, et al., Respondents.

·(Submitted June 5, 1888; decided June 19, 1888.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made March 2, 1888, which affirmed an order of Special Term dismissing a writ of *habeas corpus.*

SICKELS — VOL. LXV.     80

*Louis F. Post* for appellant.

*John R. Fellows*, for respondents.

Agree to affirm; no opinion
All concur.
Order affirmed.